# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2005

Clifford W. Taylor,
Chief Justice

126275(58)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHIRLEY HAMILTON, Personal Representative
of the ESTATE OF ROSALIE ACKLEY,
        Plaintiff-Appellee,
and

BLUE CROSS BLUE SHIELD,
        Intervening Plaintiff,

v

MARK F. KULIGOWSKI, D.O.,
        Defendant-Appellant.
_____

SC: 126275
COA: 244126
Saginaw CC: 00-033440-NH

On order of the Chief Justice, the motion by the Michigan Trial Lawyers Associate for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2005

_____
Clerk